# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Civil Action No. _____

HENRY JONES,

          Plaintiff,

v.

HENDERSON PROPERTIES, INC.,

          Defendant.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441, and 1446, Defendant Henderson Properties, Inc. ("Defendant") by its attorneys, hereby gives notice of removal of the above-captioned action from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, and in support thereof, respectfully states as follows:

## Removal Jurisdiction

1.      On or about September 11, 2023, Plaintiff Henry Jones ("Plaintiff") filed a Complaint in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, captioned *Henry Jones v. Henderson Properties, Inc*., Case No. 23-CVS-15947 (the "Action").

2.      Plaintiff obtained a Civil Summons addressed to Defendant on September 11, 2023. **Exhibit A** constitutes all process, pleadings, and orders received by Defendant in the Action as required by 28 U.S.C. § 1446(a).

3.      The Action is a civil action over which this Court has original and supplemental jurisdiction under 28 U.S.C. §§ 1331 and 1367(a).

**Removal is Timely**

4.      Defendant received service of the Summons and Complaint on October 9, 2023.

5.      In accordance with 28 U.S.C. § 1446(b), this notice of removal is being filed within 30 days of service on Defendant of the Summons and initial pleading setting forth the claim for relief upon which such action or proceeding is based.

**Original and Supplemental Jurisdiction**

6.      Removal is proper pursuant to 28 U.S.C. § 1441 because this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction.

7.      Plaintiff's Complaint in this Action purports to assert a cause of action under 42 U.S.C. § 1981 (*see* Compl., ¶¶ 1, 66-69); 42 U.S.C. § 2000e, *et. seq*. (*see id.*, ¶¶ 1, 72-75, 78-82, 85-88); and N.C.G.S. §§ 143-422.1, *et. seq*. (*see id.*, ¶¶ 91-95).

8.      This Court has original jurisdiction of this Action under 28 U.S.C. § 1331 based on federal question jurisdiction because Plaintiff's Complaint arises under the laws of the United States.  28 U.S.C. § 1331.  Specifically, in his Complaint, Plaintiff alleges that Defendant violated his rights under 42 U.S.C. § 1981.  (*See* Compl., ¶¶ 66-69.)

9.      This Court has original jurisdiction of this Action under 28 U.S.C. § 1331 based on federal question jurisdiction because Plaintiff's Complaint arises under the laws of the United States.  28 U.S.C. § 1331.  Specifically, in his Complaint, Plaintiff alleges that Defendant violated his rights under 42 U.S.C. § 2000e, *et. seq*.  (*See id.*, ¶¶ 72-75, 78-82, 85-88.)

10.     In addition, this Court has supplemental jurisdiction over Plaintiff's purported North Carolina state law claims for wrongful discharge, as those claims form part of the same case or controversy as Plaintiff's purported claims under 42 U.S.C. § 1981 and 42 U.S.C. § 2000e, *et. seq*.  The core allegations underlying all of Plaintiff's claims are identical. (*See* Compl. ¶¶ 11-58.)

Plaintiff's claims are sufficiently related to form part of the same case or controversy and are evaluated under the same framework. *See City of Chicago v. Int'l Coll. of Surgeons*, 118 S. Ct. 523, 529 (1997) (finding that court can exercise supplemental jurisdiction over "claims that derive from a common nucleus of operative fact").

## The Removal Procedures Have Been Satisfied

11.     In light of the foregoing, removal of this case is proper pursuant to 28 U.S.C. § 1441.

12.     The United States District Court for the Western District of North Carolina, Charlotte Division, is the United States District Court and Division in which the Action is pending. Venue is therefore proper in the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. § 1441(a).

13.     Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint served in this Action is attached as **Exhibit A**.

14.     As required by 28 U.S.C. § 1446(d), promptly after the filing of this notice of removal, Defendant will give written notice thereof to all parties, and shall file a copy of this Notice of Removal with the Clerk of the Superior Court of Mecklenburg County, North Carolina, a copy of which is attached as **Exhibit B**.[1]

15.     Defendant's response to Plaintiff's Complaint is not due until November 8, 2023. By filing this Notice of Removal, and as required under Fed. R. Civ. P. 81(c)(2), Defendant will respond to the Complaint within seven (7) days of filing this Notice, unless an extension of the deadline is properly obtained pursuant to this Court's procedures. This Notice of Removal does

---

[1] To prevent duplication, Defendant has not attached a second copy of this pleading to Exhibit B but has incorporated it therein by reference.

Case 3:23-cv-00744-FDW-SCR     Document 1     Filed 11/07/23     Page 3 of 5

not waive any objections Defendant may have to defects in process or service of process, jurisdiction, venue, or any other defenses.

WHEREFORE, Defendant respectfully requests this case be removed to the United States District Court for the Western District of North Carolina.

This the 7th day of November, 2023.

By:  ***/s/ Aretina K. Samuel-Priestley***
Aretina K. Samuel-Priestley (NC Bar No. 53593)
Candice Diah (NC Bar No. 52109)
O'HAGAN MEYER PLLC
1355 Greenwood Cliff Road – Suite 100
Charlotte, NC 28204
(704) 582-7900
(704) 582-7910 ~ Fax
tsamuel-priestley@ohaganmeyer.com
cdiah@ohaganmeyer.com

*Counsel for Defendant*
*Henderson Properties, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the foregoing **NOTICE OF REMOVAL,** via the CM/ECF system which will send electronic notice to the following counsel of record:

> Richard W. Turner, Jr.
> 10020 Monroe Road, Suite 220
> Matthews, NC 28105
> rwt@TurnerLF.com
>
> *Counsel for Plaintiff*

This the 7th day of November, 2023.

                                                            */s/ Aretina K. Samuel-Priestley*